ORDER OF MULTIDISTRICT LITIGATION PANEL

 Order Issued March 22, 2006

 APPOINTMENT OF PRETRIAL JUDGE IN THE FOLLOWING MULTIDISTRICT LITIGATION
 CASE:

06-0073 IN RE DAIMLERCHRYSLER AG CLK430 LITIGATION

 The Motion to Transfer for Pre-Trial Consolidation, under the Texas
Rules of Judicial Administration, is granted. Pursuant to Administrative
Rule 13, the causes listed in the Appendix of the Motion for Transfer,
attached hereto and incorporated herein for all purposes, and tag-along
cases if any, are transferred to Judge Robert H. Frost, of the 116th
District Court of Dallas County.

 Justice Smith delivered the opinion of the Multidistrict Litigation Panel